ATI, INC., Appellant, v RUDER & FINN, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on July 20, 1976, and the judgment entered thereon on September 13, 1976, unanimously affirmed on

the opinion of Asch, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.